143 N.J. 1165

AMERICAN ALLIANCE INSURANCE COMPANY v. AMEREX, U.S.A., INC., ET AL. AND ABINGTON MUTUAL FIRE INSURANCE COMPANY.

March 14, 1996.

## CORRECTED ORDER

The parties having stipulated to a dismissal of this matter and good cause appearing, it is ORDERED that the appeal is dismissed.

143 N.J. 1165

STATE OF NEW JERSEY v. KEVIN FITZSIMMONS.

March 20, 1996.

## CORRECTED ORDER

Certification is granted, and the matter is summarily remanded to the Appellate Division to consider the point raised in plaintiff's petition that the judgment below conflicts with this Court's decision in *State v. Nwobu*, 139 *N.J.* 236, 652 *A.*2d 1209 (1995). Jurisdiction is not retained.